AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  FISHER, RAYMOND C | 2. Court or Organization  U.S.CT.APPEALS (9TH CIRCUIT) | 3. Date of Report  06/7/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  U.S.COURT OF APPEALS - 9TH CIR  125 S. GRAND AVE. #400  PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF DIRECTORS | CONSTITUTIONAL RIGHTS FOUNDATION (NONPROFIT), LOS ANGELES, CA |
| 2. MEMBER, BOARD OF DIRECTORS | WESTERN JUSTICE CENTER FOUNDATION (NONPROFIT), PASADENA, CA |
| 3. MEMBER, BOARD OF DIRECTORS | ASSOCIATION OF BUSINESS TRIAL LAWYERS - LOS ANGELES (NONPROFIT), L.A., CA |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | LOS ANGELES UNIFIED SCHOOL DISTRICT - SALARY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. YALE LAW SCHOOL | 4/30-5/2/06- NEW HAVEN, CT. - JUDGE LAW SCHOOL'S MOOT COURT (TRANSPORTATION, MEALS) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML BANK RASP | C | Interest | L | T | | | | | |
| 2. RFC STRIPS 0% 7/15/06 | | None | | | REDEEMED | 7/16 | J | D | |
| 3. US TREAS STRIPS 0% 8/15/06 | | None | | | REDEEMED | 8/15 | K | C | |
| 4. CATS SERIES T 0% 11/15/06 | | None | | | REDEEMED | 11/15 | K | D | |
| 5. RFC STRIPS 0% 7/15/07 | | None | J | T | | | | | |
| 6. RFC STRIPS 0% 10/15/07 | | None | K | T | | | | | |
| 7. COUPON TREAS RECT 0% 11/15/07 | | None | K | T | | | | | |
| 8. RFC STRIPS 0% 7/15/08 | | None | J | T | | | | | |
| 9. FNMA NOTE MULTI% 7/1/08 | B | Interest | K | T | | | | | |
| 10. RFC STRIPS 0% 10/15/08 | | None | K | T | | | | | |
| 11. COUPON TREAS RECT 0% 11/15/08 | | None | K | T | | | | | |
| 12. RFC STRIPS 0% 4/15/09 | | None | J | T | | | | | |
| 13. RFC STRIPS 0% 7/15/09 | | None | J | T | | | | | |
| 14. FNMA NOTE 4.25% 7/01/09 | A | Interest | J | T | | | | | |
| 15. FNMA BOND 6.625% 9/15/09 | A | Interest | J | T | | | | | |
| 16. FNMA BOND MULTI% 9/21/09 | B | Interest | K | T | | | | | |
| 17. RFC STRIPS 0% 10/15/09 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RFC STRIPS 0% 1/15/10 | | None | K | T | | | | | |
| 19. FINANCING CORP STRIPS 0% 2/8/10 | | None | J | T | | | | | |
| 20. FNMA NOTE MULTI% 7/01/10 | B | Interest | K | T | | | | | |
| 21. FNMA NOTE 5.25% 8/27/10 | B | Interest | K | T | BUY | 8/24 | K | | |
| 22. US TREAS STRIPS 0% 11/15/10 #1 | | None | J | T | | | | | |
| 23. US TREAS STRIPS 0% 11/15/10 #2 | | None | K | T | | | | | |
| 24. FNMA NOTE MULTI% 3/30/11 | B | Interest | K | T | | | | | |
| 25. RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 26. RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 27. US TREAS STRIPS 0% 11/15/11 #1 | | None | K | T | | | | | |
| 28. US TREAS STRIPS 0% 11/15/11 #2 | | None | K | T | | | | | |
| 29. RFC STRIPS 0% 4/15/12 | | None | J | T | | | | | |
| 30. FHLMC NOTE 5.125% 7/15/12 | A | Interest | K | T | | | | | |
| 31. FNMA NOTE MULTI%8/27/12 | B | Interest | K | T | BUY | 8/24 | K | | |
| 32. US TREAS STRIPS 0% 8/15/12 #1 | | None | K | T | | | | | |
| 33. US TREAS STRIPS 0% 8/15/12 #2 | | None | K | T | | | | | |
| 34. FNMA NOTE MULTI% 1/28/13 | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US TREAS STRIPS 0% 8/15/13 #1 | | None | K | T | | | | | |
| 36. US TREAS STRIPS 0% 8/15/13 #2 | | None | K | T | | | | | |
| 37. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 38. FINANCING CORP STRIPS 0% 5/30/14 | | None | K | T | | | | | |
| 39. US TREAS STRIPS 0% 11/15/14 #1 | | None | K | T | | | | | |
| 40. US TREAS STRIPS 0% 11/15/14 #2 | | None | K | T | | | | | |
| 41. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 42. CD WESTERN BANK, PR 2% 6/30/06 | A | Interest | | | REDEEMED | 6/30 | K | | |
| 43. CD ISRAEL DISCT BK, NY 4.0% 6/7/06 | A | Interest | | | REDEEMED | 6/7 | J | | |
| 44. CD LEHMAN BROS BK, DE 3.55% | A | Interest | | | REDEEMED | 10/02 | J | | |
| 45. CD BMW BK, UT 3.0% 12/8/06 | A | Interest | | | REDEEMED | 12/8 | J | | |
| 46. CD BMW BK, UT 4.25% 12/7/06 | A | Interest | | | REDEEMEED | 12/7 | J | | |
| 47. CD LEHMAN BK, DE [fmrly Household] 7.15% 2/23/07 | B | Interest | K | T | | | | | |
| 48. CD BANCO POPULAR NA, NY 4.3% 6/7/07 | A | Interest | J | T | | | | | |
| 49. CD INDEPENDENT BK, MI 3.8% 7/2/07 | A | Interest | J | T | | | | | |
| 50. CD FLAGSTAR BK, MI 3/4% 12/10/07 | A | Interest | J | T | | | | | |
| 51. CD FIDELITY BK, GA 4.4% 12/14/07 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD LEHMAN BK, DE 4.05% 3/31/08 | A | Interest | J | T | | | | | |
| 53. CD WAMU, NV 5.05% 8/11/08 | B | Interest | K | T | BUY | 8/01 | K | | |
| 54. CD BMW BANK, UT 3.55% 12/8/08 | A | Interest | J | T | | | | | |
| 55. CD R-G PREMIER BK, PR 4.95% 8/31/09 | B | Interest | K | T | BUY | 8/22 | K | | |
| 56. CD HILLCREST BK, KS 4.15% 6/29/12 | A | Interest | J | | | | | | |
| 57. AMERICAN GROWTH FUND | A | Dividend | L | T | | | | | |
| 58. BLACKROCK LARGE CAP GROWTH | | None | L | T | EX ML LG CAP | | | | |
| 59. BLACKROCK S&P | B | Dividend | L | T | EX MLS&P | | | | |
| 60. COLUMBIA MARSICO GROWTH FD | | None | K | T | | | | | |
| 61. DAVIS NY VENTURE FD | A | Dividend | L | T | | | | | |
| 62. DELAWARE SMALL CAP VALUE FD | | None | K | T | | | | | |
| 63. DELAWARE SMALL CAP VALUE FD | | | | | PARTIAL SALE | 8/22 | K | D | |
| 64. FIDELITY ADV DIVERSIFIED INTL FD | A | Dividend | K | T | | | | | |
| 65. FIDELITY ADV LEVERAGED FD | | None | K | T | | | | | |
| 66. GOLDMAN SACHS LARGE CAP VALUE FD | A | Dividend | M | T | | | | | |
| 67. HOTCHKIS & WILEY LG CAP VALUE FD | A | Dividend | L | T | | | | | |
| 68. JOHN HANCOCK US GLOBAL | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| LEADERS GROWTH FUND | | | | | | | | | |
| 69. JOHN HANCOCK CLASSIC VALUE FD | | None | K | T | | | | | |
| 70. JP MORGAN VALUE FD | A | Dividend | L | T | | | | | |
| 71. MUNDER SMALL CAP VALUE FD | A | Dividend | K | T | | | | | |
| 72. MUNDER SMALL CAP VALUE FD | | | | | PARTIAL SALE | 8/22 | K | B | |
| 73. OPPENHEIMER SMALL & MID CAP VALUE FD | | None | K | T | | | | | |
| 74. TEMPLETON WORLD FD | A | Dividend | L | T | | | | | |
| 75. HARTFORD FLOATING RATE FD | B | Interest | L | T | BUY | 11/29 | K | | |
| 76. JANUS MIDCAP VALUE FUND (C.SCHWAB) | A | Dividend | J | T | | | | | |
| 77. C.SCHWAB MUNI FUJND | A | Interest | J | T | | | | | |
| 78. COACHMAN COMMON STOCK | | None | J | W | | | | | |
| 79. CITY NATIONAL BANK IRA | A | Interest | J | T | | | | | |
| 80. BEST AMERICAN FUND ANNUITY - IRA (FID.VIP EQUITY) | | None | L | T | | | | | |
| 81. TSA ANNUITIES - JACKSON NATIONAL LIFE | B | Interest | L | T | | | | | |
| 82. CALIF. STATE TEACHERS RETIREMENT SYSTEM | A | Interest | K | T | | | | | |
| 83. LIMITED PARTNERSHIPS: | | | | | | | | | |
| 84. MERNAN 145 INVESTMENT | B | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PROPERTY #1 L.A., CA (RESTAURANT) | | | | | | | | | |
| 85. VENWEST DEVELOPMENT LP1 | B | Distribution | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.58-59: ML FUNDS RENAMED AS "BLACKROCK"

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C | 06/7/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___6/7/07___

NOTE: ANY IND_____ WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544